**E-FILED: 02.09.10**

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation<br><br>          Plaintiff,<br>vs.<br><br>ARMENIAN EXPRESS, a California corporation, TIGRAN OVAKIMIAN, an individual, GAYARE OVAKIMIAN, an individual, NARINE HOVHANNISYAN, an indivdual,<br><br>          Defendants. | CASE NO. CV 09–03868 MMM (AGRx)<br><br>JUDGMENT FOR PLAINTIFF |

On August 11, 2009, plaintiff Travelers Casualty and Surety Company of America, filed a motion for entry of default judgment against defendants Armenian Express, Inc., Tigran Ovakimian, Gayre Ovakimian, and Narine Hovhannisyan. In an order dated February 9, 2010, the court granted plaintiff's motion. Accordingly,

  IT IS ORDERED AND ADJUDGED

1.  That plaintiffs recover from defendants total damages of $340,660.50 for breach of contract and attorneys' fees and costs. This sum shall bear post-judgment interest at the rate of 0.33%;

2.  That defendants post $181,708.50 in collateral security with plaintiff within thirty days of the date of entry of this judgment to cover any future claims against the surety bond issued by plaintiff on Armenian Express' behalf. Plaintiff shall return

1 | any unused portion of the collateral security that is not needed to satisfy claims on
2 | the bond within thirty days of the completion of all investigations and claims
3 | handling related to the bond;
4 | 3. That the action be, and it hereby is, dismissed; and
5 | 4. That plaintiff recover its costs of suit herein.

7 | DATED: February 9, 2010

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE